■ In the Matter of BELMONT EAST COMPANY, Respondent, v NEW YORK CITY CONCILIATION AND APPEALS BOARD et al., Appellants. — Appeal from order of the Supreme Court, New York County (Edward Lehner, J.), entered on May 18, 1983, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Ross, Asch and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FERDINAND QUILES, Appellant. — Upon reargument and reconsideration of the reply brief, this court adheres to its original determination contained in its order of February 21, 1985 (108 AD2d 1104), unanimously affirming the judgment of the Supreme Court, Bronx County (Eugene Nardelli, J.), rendered on September 7, 1983. No opinion. Concur — Kupferman, J. P., Sandler, Bloom and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL P., Appellant. — Judgment, Supreme Court, Bronx County (Joseph Mazur, J.), rendered on March 11, 1983, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur — Kupferman, J. P., Ross, Asch, Bloom and Fein, JJ.